

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-75,568-08

### EX PARTE RICARDO SANCHEZ ENRIQUEZ, Applicant

### ON APPLICATION FOR WRIT OF HABEAS CORPUS
### CAUSE NO. 2008-1926-C2C IN THE 54TH DISTRICT COURT
### FROM MCLENNAN COUNTY

*Per curiam.*

## O R D E R

Applicant pleaded guilty to two counts of indecency with a child by contact and was sentenced to 3 years' imprisonment on each count. Applicant filed this application for writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

This Court initially received this application on July 1, 2020, and dismissed it as subsequent on August 19, 2020. TEX. R. APP. P. 73.1(d). The Court has since determined that the application was not barred under Article 11.07, § 4. We now withdraw our order of August 19, 2020, and reconsider this application on our own motion. TEX. R. APP. P. 79.2(d).

This Court has undertaken an independent review of all the evidence and pleadings in the

record.  Therefore, based on the trial court's findings and conclusions and this Court's independent review of the entire record, we deny the application on the merits.

Filed: October 7, 2020
Do not publish